IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID FERRELL,**  PLAINTIFF
ADC #105996

v.  Case No. 4:20-cv-00035-KGB-JJV

**WENDY KELLEY,** Director/Superintendent,
Arkansas Division of Correction, *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff David Ferrell's claims are dismissed consistent with the terms of this Court's Orders.

It is so adjudged this 6th day of August, 2021.

_____
Kristine G. Baker
United States District Judge